IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTIAN L. GILBERT,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. JOHNSON, and CORDELL & CORDELL, P.C., a Missouri corporation;<br><br>           Defendants. | **4:22CV3248**<br><br>**ORDER** |

On March 28, 2023 this case was stayed pending a final resolution of the state court proceedings. (Filing No. 24). Plaintiff has filed a status report indicating the appeals process has concluded and the District Court for Lancaster County has entered judgment on the appellate mandate. (Filing No. 27).

Accordingly,

IT IS ORDERED:

1) The stay of this case is lifted.

2) The Clerk is directed to reopen the motions and objections pending at the time of the stay. (Filing Nos. 4, 11, 16, and 17).

Dated this 3rd day of January, 2024.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge